IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cr146

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JEFFREY R. THOMAS | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the government to dismiss the

indictment without prejudice, pursuant to Fed. R. Crim. P. 48(a). (Doc. No. 13).

**IT IS, THEREFORE, ORDERED** that the government is granted leave to dismiss the

indictment in the above captioned case without prejudice.

The Clerk is directed to certify copies of this order to the defendants, counsel for the

defendants, and the United States Attorney.

Signed: December 12, 2007

Robert J. Conrad, Jr.
Chief United States District Judge